UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALICE HOOKER, HENRY HOOKER, ) | |
| LISA HOOKER CAMPBELL, and ) | |
| BRADFORD WILLIAMSON HOOKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06-0849 |
| ) | Judge Echols |
| CHICKERING PROPERTIES, LLC, ) | |
| a Tennessee Limited Liability ) | |
| Company, and SUMMIT ) | |
| CONSTRUCTORS, INC., ) | |
| a Tennessee Corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Motions to Dismiss, or in the Alternative, Stay Proceedings (Docket Entry Nos. 12 and 14) filed by Defendants Chickering Properties and Summit Constructors, respectively, are hereby DENIED. This case is returned to the Magistrate Judge for further pretrial case management in accordance with Local Rule 16.01.

It is so ORDERED.

*[signature]*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE