**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| ALICE HOOKER, HENRY HOOKER | ) | |
| LISA HOOKER CAMPBELL, AND | ) | |
| BRADFORD WILLIAMSON HOOKER, | ) | |
| | ) | |
| Plaintiffs, | ) | **CASE NO. 3:06-cv-000849** |
| | ) | **JUDGE ECHOLS** |
| v. | ) | |
| | ) | |
| CHICKERING PROPERTIES, LLC | ) | |
| a Tennessee Limited Liability Company, | ) | |
| | ) | |
| SUMMIT CONSTRUCTORS, INC. | ) | |
| a Tennessee Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**AGREED ORDER OF DISMISSAL**
**WITH PREJUDICE**

It appearing to the Court that all matters in controversy between the parties have

been compromised and settled, as evidence by the signatures of the attorneys of record;

It is therefore ORDERED that this cause be and the same is hereby dismissed

with prejudice.

ENTERED this 9th day of March, 2008.


_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Elizabeth L. Murphy
Elizabeth L. Murphy (No. 20905)
1102 17th Avenue South
Suite 401
Nashville, TN 37212
*Attorney for Plaintiffs*


/s/ Harlan Dodson, III
Harlan Dodson, III (No. 2368)
Dodson Parker & Behm, P.C.
306 Gay Street, Suite 400
P.O. Box 198806
Nashville, TN 37219
*Attorneys for Plaintiffs*


/s/ Don L. Smith
Don L. Smith (No. 2637)
SMITH CASHION & ORR, PLC
424 Church Street
Suite 1200 Financial Center
Nashville, TN 37219
(615) 742-8555 (Telephone)
(615) 742-8556 (Facsimile)


/s/ William L. Penny
William L. Penny (No. 9606)
Stites & Harbison, PLLC
Fifth Third Center, Suite 1800
424 Church Street
Nashville, Tennessee 37219-2306
(615) 782-2200 Telephone
(615) 782-2371 Facsimile
bill.penny@stites.com
*Attorneys for Chickering Properties, LLC*


/s/ William B. Jakes, III
William B. Jakes, III, (No. 10247)
Howell & Fisher
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
*Attorneys for Summit Constructors, Inc.*